# WARRANT

**U.S. Department of Justice**
**United States Parole Commission**

94-5147-AEW

To Any Federal Officer Authorized To Serve Criminal Process Within The United States:

WHEREAS, Price, Thomas, Reg. No. 08152-017 was sentenced by the United States District Court for the Northern District of Florida to serve a sentence of 20 years for the crime of Bank Robbery and was on July 12, 1994 released on parole from FCI, Jessup Ga. with 735 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by authority of Sec. 4213, Title 18, U.S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on August 29, 1994.

_____
U.S. Parole Commissioner
Eastern Region